ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 10 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **United States of America** <br><br> v. <br><br> **Nathan Horton** | Criminal Indictment <br><br> No. **1:20 CR 429** |

THE GRAND JURY CHARGES THAT:

## Background

At all times relevant to this Indictment:

1. The defendant, NATHAN HORTON, resided in the State of Georgia.

2. The Lacey Act, 16 U.S.C. §§ 3371–3378, regulates the trafficking and labeling of wildlife, fish, and plants. The Lacey Act makes it unlawful for any person to knowingly "import, export, transport, sell, receive, acquire, or purchase in interstate or foreign commerce . . . any fish or wildlife taken, possessed, transported, or sold in violation of any law or regulation of any State or in violation of foreign law" or attempt to do the same. 16 U.S.C. §§ 3372(a), 3373(d).

3. The Georgia Department of Natural Resources ("GA-DNR") regulates the collecting, trapping, exporting, trading, and selling of freshwater turtles from land belonging to the State of Georgia through a

permit process, sales and export requirements, and limitations on the trapping of certain species. O.C.G.A. § 27-3-19.1.

4. The Stripe-necked musk turtle (*Sternotherus minor peltifer*) is a freshwater turtle native to the southeastern United States, including the State of Georgia.



5. The Loggerhead musk turtle (*Sternotherus minor*) is a freshwater turtle native to the southeastern United States, including the State of Georgia.



6. The Common musk turtle (*Sternotherus odoratus*) or stinkpot or eastern musk turtle is a freshwater turtle native to the eastern United States, including the State of Georgia.



7. The Eastern mud turtle (*Kinosternon subrubrum*) is a freshwater turtle native to the eastern and southern United States, including the State of Georgia.



8. Under Georgia state law and GA-DNR regulations, all commercial turtle collectors must obtain a Commercial Turtle Permit. A commercial

turtle collector may trap only a certain number of turtles per year and must use legal methods of trapping, as defined by GA-DNR regulations.

9. Georgia law defines what constitutes a lawful turtle trap: "turtle traps must be constructed of netting and shaped as hoop nets. The traps must also have one open muzzle or throat at least 32 inches wide with a ring ten inches in diameter made into the rear of the trap to permit fish to escape." O.C.G.A. § 27-4-91(c).

10. The defendant, NATHAN HORTON, applied for and received a Commercial Turtle Permit from GA-DNR on or about December 20, 2013. HORTON thereafter renewed his Commercial Turtle Permit on a yearly basis in or about May 2014, March 2015, April 2016, and April 2017.

11. GA-DNR sends to those who apply and reapply for Commercial Turtle Permits the applicable State of Georgia statutes and GA-DNR regulations relating to the collection and trade of freshwater water turtles.

12. Under GA-DNR regulations, commercial turtle collectors must maintain and submit yearly records of their turtle collecting activity. GA-DNR also limits the number of turtles (by species) that a person possessing a Commercial Turtle Permit may take on an annual basis (April 1- March 31). As relevant here, a commercial turtle collector may not take more than 300 Stripe-necked musk turtles (*Sternotherus minor peltifer*), 300 Loggerhead musk turtles (*Sternotherus minor*), 300

4

Common musk turtles (*Sternotherus odoratus*), and 300 Eastern mud turtles (*Kinosternon subrubrum*) on an annual basis.

13. Under GA-DNR regulations, for an individual to export turtles out of the State of Georgia, that person must prepare and submit a Commercial Turtle Export Permit ("Export Permit") to GA-DNR. The permit requires the shipper to (i) identify the location(s) where the turtles were captured; (ii) identify the individual or entity to whom the turtles are to be shipped; (iii) identify the specific date the turtles will be exported; (iv) list the species, sex, age (if known), and total count to be exported; and (v) provide the shipment method (*i.e.*, the commercial shipper or airline carrier).

14. On or about October 18, 2016, GA-DNR cited HORTON for trapping turtles using illegal traps, in violation of O.C.G.A § 27-4-91(c).

15. On or about November 22, 2016, HORTON paid a fine for the citation issued on or about October 18, 2016.

16. On or about August 21, 2017, HORTON was again advised by a GA-DNR officer that he was trapping freshwater turtles on Georgia public lands using turtle traps that were illegal under Georgia law. HORTON was again issued a citation by GA-DNR for violating O.C.G.A. § 27-4-91(c).

17. Beginning by at least July 2015 and continuing until at least December 2017, the defendant, NATHAN HORTON, shipped freshwater

5

turtles, including Stripe-necked musk turtles (*Sternotherus minor peltifer*), Loggerhead musk turtles (*Sternotherus minor*), Common musk turtles (*Sternotherus odoratus*), and Eastern mud turtles (*Kinosternon subrubrum*), that had been illegally trapped in Georgia to California via Southwest Airlines, FedEx, and other commercial carriers.

## Count One
## (16 U.S.C. § 3372(a)(2)(A) – Lacey Act Trafficking)

18. The allegations contained in Paragraphs 1 through 17 of this Indictment are re-alleged and incorporated by reference as if fully set forth here.

19. On or about August 11, 2017, in the Northern District of Georgia and elsewhere, the defendant, NATHAN HORTON, knowingly engaged in conduct that involved the attempted sale and purchase of and transport of, and intent to sell and purchase and transport of, wildlife with a market value in excess of $350, that is, approximately 46 turtles of various species, including Loggerhead musk turtles (*Sternotherus minor*), Common musk turtles (*Sternotherus odoratus*), and Eastern mud turtles (*Kinosternon subrubrum*), and knowingly sold that wildlife in interstate commerce to a buyer in California, knowing that the wildlife was taken, possessed, and transported in violation of, and in a manner unlawful under, the law and regulations of the State of Georgia, including O.C.G.A. § 27-4-91(c).

All in violation of Title 16, United States Code, Sections 3372(a)(2)(A), (a)(4), and 3373(d)(1)(B).

**Forfeiture**

20. Upon conviction of Count One of this Indictment, the defendant, NATHAN HORTON, shall forfeit to the United States of America, pursuant to Title 16, United States Code, Section 3374(a)(1) and Title 28, United States Code, Section 2461(c), all wildlife imported, exported, transported, sold, received, acquired, or purchased in violation of Title 16, United States Code, Sections 3372(a)(2) and 3372(d)(1)(B), or the value thereof. The property to be forfeited includes, but is not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count One of the Indictment.

21. If any of the property described above, as a result of any act or omission of the defendant:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of any other property of the defendant, up to the value of the above forfeitable property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 16, United States Code, Section 3374(a)(1) and Title 28, United States Code, Section 2461(c).

A _____/s/ True_____ BILL

FOREPERSON

BYUNG J. PAK
*United States Attorney*

/s/

ALEX R. SISTLA
*Assistant United States Attorney*
Georgia Bar No. 845602

/s/ ARS for Samir Kaushal

SAMIR KAUSHAL
*Assistant United States Attorney*
Georgia Bar No. 935285

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

8