# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00429-WMR-CMS
## USA v. Horton
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 12/08/2021.

TIME COURT COMMENCED: 3:10 P.M.
TIME COURT CONCLUDED: 4:00 P.M.     COURT REPORTER: Wynette Blathers
TIME IN COURT: 00:50                DEPUTY CLERK: Jennifer Lee
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Nathan Horton Present at proceedings |
| ATTORNEY(S) PRESENT: | Thomas Hawker representing Nathan Horton<br>Alex Sistla representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement |
| MINUTE TEXT: | Defendant sworn. Signatures verified and the signed Guilty Plea and Plea Agreement tendered to the Court. The Court advised Defendant of his rights. Government presented a statement with elements of the offense and evidence in the case and summarized the penalties of the offense. The Court finds factual basis for acceptance of the plea, announced the findings and accepted and entered Defendant's plea of guilty to Count 1 of the Indictment. Defendant to remain on pretrial release. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for **3/15/2022 at 1:30 PM** in Courtroom 1705. |